IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee, Clarence

Printed: 11/18/08

Case Number: 08 B 18348
Judge: Squires, John H
Filed: 7/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Illinois Dept Of Healthcare And Family | Priority | 15,668.00 | 0.00 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 39,551.65 | 0.00 |
| 3. | Midland Credit Management | Unsecured | 111.55 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 35.99 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 101.85 | 0.00 |
| 6. | American Recovery System | Unsecured | | No Claim Filed |
| 7. | Armor Systems Co | Unsecured | | No Claim Filed |
| 8. | Armor Systems Co | Unsecured | | No Claim Filed |
| 9. | Armor Systems Co | Unsecured | | No Claim Filed |
| 10. | Harris & Harris | Unsecured | | No Claim Filed |
| 11. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 13. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 14. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 15. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 16. | Certified Services | Unsecured | | No Claim Filed |
| 17. | Certified Services | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | Custom Collection | Unsecured | | No Claim Filed |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 21. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 22. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Medical Collections | Unsecured | | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 25. | Medical Collections | Unsecured | | No Claim Filed |
| 26. | Village Of Berwyn | Unsecured | | No Claim Filed |

Page 2

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lee, Clarence | Case Number:  08 B 18348 |
| | Judge:  Squires, John H |
| Printed: 11/18/08 | Filed:  7/17/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| | | | $ 55,469.04 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

